IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAL SEOK YOO and JOSHUA KIM,<br><br>  Plaintiffs,<br><br>v.<br><br>BEULAH HEIGHTS UNIVERSITY, INC.,<br><br>  Defendant. | Civil Action File No.:<br>1:20-CV-01103-MHC-CCB |

## DEFENDANT'S INITIAL DISCLOSURES

(1) If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.

**Defendant is properly identified.**

(2) Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff. If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.

**Defendant does not contend that there are additional parties to be joined**

to the instant litigation.

(3)     Provide a detailed factual basis for the defense or defenses and any counterclaims or cross-claims asserted by defendant in the responsive pleading.

**Without waiving any defenses asserted in Defendant's Answer to Plaintiffs' Complaint, Defendant submits the following:**

**On March 29, 2017, Beulah Heights University, Inc. extended an offer to Plaintiff Dal Seok Yoo to begin her employment with Defendant, on April 10, 2017, as an Associate Professor and Director of Clinical Training. As part of her job duties, Plaintiff Yoo was tasked with developing Defendant's Master of Divinity program.  Plaintiff Yoo reported to the Chair for the Department of Religious Studies, Dr. Rodney Jackson. However, shortly after extending Plaintiff Yoo an offer of an employment, Defendant was informed that Plaintiff Yoo had only Optional Practical Training ("OPT") immigration status which was set to expire on July 7, 2017.  Defendant agreed to assist Plaintiff Yoo in obtaining her H1-B visa, despite providing such assistance being contrary to its normal practice.**

**During April 2017, Plaintiff Yoo complained to Defendant alleging she was harassed by Dr. John Kim, who had no supervisory authority over Plaintiff.**

Plaintiff Yoo alleged that Dr. John Kim asked her personal questions about her background, purportedly attempted to greet her with a hug, and attempted to apologize to her for making her feel uncomfortable. Defendant promptly investigated Plaintiff Yoo's complaints. Defendant's investigation did not reveal behavior rising to the level of sexual harassment. However, based on the mere fact that Plaintiff Yoo complained about Dr. John Kim's behavior, Defendant discussed Plaintiff Yoo's complaints with Dr. John Kim and issued Dr. John Kim a written warning.

Throughout her employment, Defendant had issues with Plaintiff Yoo's performance, completely unrelated to her complaints of sexual harassment. Plaintiff Yoo never reported any progress in the development of the Master of Divinity program to her supervisor. She also never supplied Defendant with any written work product evidencing her progress, including course curriculums or syllabi. Therefore, due to the lack of evidence that the program was ready to be launched, in June 2017, Defendant decided to postpone the beginning of the Master of Divinity program. Defendant ultimately decided to suspend the launch of all new programs and focus on developing existing programs. Due to its prior commitment to Plaintiff Yoo, Defendant decided that Plaintiff Yoo would remain employed throughout the remainder of her OPT.

However, once her OPT expired, Plaintiff Yoo would no longer be employed by Defendant as the position that was originally hired to fill no longer existed. Nevertheless, Defendant decided that it would continue assisting her in her efforts to obtain her H1-B visa.

Defendant and its attorneys timely submitted all required paperwork and payments associated with Plaintiff Yoo's H-1B visa application. Any delays in Plaintiff Yoo's visa were not due to any delay or inaction on behalf of Defendant. Upon information and belief, the Federal government suspended premium processing of visa applications during this time, including Plaintiff Yoo's application.

In August 2017, Plaintiff Yoo filed a Charge of Discrimination against Defendant. From approximately May 2018 through December 2018, Defendant, its employees and its attorneys participated in the Equal Employment Opportunity Commission's ("EEOC") investigation into Plaintiff Yoo's Charge of Discrimination.  On April 28, 2018, Plaintiff Joshua Kim participated in an interview with Defendant's legal counsel.  In early May 2018, Plaintiff Joshua Kim engaged in insubordinate behavior toward his supervisor Dr. Brian Hodges. On May 8, 2018, Plaintiff Joshua Kim was terminated for his behavior. Defendant did not terminate Plaintiff Joshua Kim's employment for reasons

**related to his participation in the EEOC's investigation.**

**Defendant denies that it retaliated against Plaintiff Yoo or Plaintiff Kim, that it interfered with Plaintiffs' legal rights, or that it engaged in any otherwise illegal practices with respect to Plaintiffs. Defendant submits that all actions taken with respect to Plaintiffs were taken for legitimate, non-discriminatory, non-retaliatory business reasons.**

(4)   Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which defendant contends are applicable to this action.

**Title VII, Civil Rights Act of 1964, as amended;**

*McDonnell Douglas v. Green*, **411 U.S. 792 (1973);**

**Defendant reserves the right to supplement this list of authority.**

(5)   Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.  (Attach witness list to Initial Disclosures as Attachment A.)

**See Attachment "A".**

(6)   Provide the name of any person who may be used at trial to present

evidence under rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P.26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial Disclosures as Attachment B.)

**Defendant has not identified any expert witnesses at this time. Defendant reserves the right to supplement this response at the time an expert witness is identified.**

(7) Provide a copy of, or description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

**See Attachment "C".**

(8) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary

material available for inspection and copying under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

**Defendant is not seeking any damages.**

(9) If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address and telephone number of such person or entity and describe in detail the basis of such liability.

**Defendant does not make any such contention at this time.**

(10) Attach for inspection and copying as under Fed.R.Civ.P.34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnity or reimburse for payments to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

**See Attachment "E".**

*[Signature page to follow]*

This 1st day of May, 2020.

        Respectfully submitted,

        Goodman McGuffey LLP
        Attorneys for Beulah Heights University, Inc.

By:    */S/A*LYCE *B. O*GUNSOLA
       ROBERT A. LUSKIN
       GA State Bar No. 004383
       rluskin@GM-LLP.com
       ALYCE B. OGUNSOLA
       GA State Bar No. 480048
       AOgunsola@GM-LLP.com
       3340 Peachtree Road NE, Suite 2100
       Atlanta, GA 30326-1084
       (404) 264-1500 Phone
       (404) 264-1737 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAL SEOK YOO and JOSHUA KIM,<br><br>  Plaintiffs,<br><br>v.<br><br>BEULAH HEIGHTS UNIVERSITY, INC.,<br><br>  Defendant. | Civil Action File No.:<br>1:20-CV-01103-MHC-CCB |

## CERTIFICATE OF COMPLIANCE

The foregoing **Defendant's Initial Disclosures** is double spaced in 14-point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

/S/ALYCE B. OGUNSOLA
ALYCE B. OGUNSOLA, ESQ.
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax
AOgunsola@GM-LLP.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAL SEOK YOO and JOSHUA KIM,<br><br>Plaintiffs,<br><br>v.<br><br>BEULAH HEIGHTS UNIVERSITY, INC.,<br><br>Defendant. | Civil Action File No.:<br>1:20-CV-01103-MHC-CCB |

**CERTIFICATE OF SERVICE**

This is to certify that on this date I electronically filed this Certificate of Service for **Defendant's Initial Disclosures** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Thomas J. Mew, Esq.
Buckley Beal, LLP
600 Peachtree Street N.E., Suite 3900
Atlanta, GA 30308

*[Signature on following page]*

This 1st day of May, 2020.

>  */S/Alyce B. Ogunsola*
> ALYCE B. OGUNSOLA
> GA State Bar No. 480048
> AOgunsola@GM-LLP.com
> Goodman McGuffey LLP
> 3340 Peachtree Road NE, Suite 2100
> Atlanta, GA 30326-1084
> (404) 264-1500 Phone
> (404) 264-1737 Fax