## Attachment A

## Defendant's Witness List

1. Plaintiff Dal Seok Yoo

2. Plaintiff Joshua Kim

3. Dr. John Kim, 892 Berne Street SE, Atlanta, GA 30316. Dr. John Kim previously had knowledge of Plaintiff Yoo's alleged harassment claim and may be contacted through Defendant's Counsel of Record. As a result of mental disease or defect, Dr. John Kim currently lacks capacity to participate in the subject lawsuit.

4. Dr. Benson Karanja, President for Defendant. 892 Berne Street SE, Atlanta, GA 30316. Dr. Karanja has second hand knowledge of the reasons Plaintiffs were terminated and may be contacted through Defendant's Counsel of Record.

5. Dr. Mark Hardgrove, Former Dean and Vice President for Academic Affairs for Defendant. Defendant is in the process of obtaining Dr. Hardgrove's current contact information and will supplement this response as the information becomes available. Dr. Hardgrove will have knowledge regarding Plaintiffs' employment performance and termination.

6. Peter Karanja, Vice President Operations, 892 Berne Street SE, Atlanta, GA 30316. Mr. Karanja will have knowledge regarding the EEOC investigation and Plaintiffs' termination and may be contacted through Defendant's Counsel of Record.

7. Patricia Staton, Human Resources for Defendant, 892 Berne Street SE, Atlanta, GA 30316. Ms. Staton will have knowledge regarding Plaintiffs' employment performance, Plaintiff Yoo's harassment claims, the EEOC Investigation, Plaintiffs' termination and may be contacted through Defendant's Counsel of Record.

8. Dr. Rodney Jackson, Chair of Business and Religious and Leadership Studies for Defendant, 892 Berne Street SE, Atlanta, GA 30316. Dr. Jackson will have knowledge of Plaintiffs' employment performance and may be contacted through Defendant's Counsel of Record.

9. Dr. Brian Hodges, Chairman Religious Studies, 892 Berne Street SE, Atlanta, GA 30316. Dr. Hodges will have knowledge of Plaintiff Kim's termination and may be contacted through Defendant's Counsel of Record.

10. Any and all individuals identified in Plaintiffs' Initial Disclosures.

11. Any and all individuals identified by Plaintiffs or Defendant during discovery.

Defendant reserves the right to supplement this witness list.